IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CONNIE BROSMORE, as special**     **PLAINTIFF**
**administrix of the estate of Tim Brosmore,**
**deceased, and as spouse**

**v.**     **CASE NO. 3:20-CV-00215-BSM**

**DEERE & COMPANY, d/b/a**     **DEFENDANT**
**JOHN DEERE COMPANY**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 21], this case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 18th day of May, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE