# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CONNIE BROSMORE, as special**                                                           **PLAINTIFF**
**administrix of the estate of Tim Brosmore,**
**deceased, and as spouse**

**v.**                 **CASE NO. 3:20-CV-00215-BSM**

**DEERE & COMPANY, d/b/a**                                                          **DEFENDANT**
**JOHN DEERE COMPANY**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice and the parties will bear their own costs.

IT IS SO ORDERED this 18th day of May, 2021.

                                                                               UNITED STATES DISTRICT JUDGE